1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8

                **IN THE UNITED STATES DISTRICT COURT**
9
                   **EASTERN DISTRICT OF CALIFORNIA**
10

11 **HERBERT GRAYSON**          )    **Case No.  CIV -11-1656 EFB**
   **xxx-xx-3741**              )
12                             )
                               )
13                             )    **STIPULATION AND**
                               )    **ORDER EXTENDING PLAINTIFF'S**
14         **Plaintiff,**       )    **TIME TO FILE SUMMARY**
                               )    **JUDGEMENT MOTION**
15 **v.**                       )
                               )
16 **MICHAEL J. ASTRUE**        )
   **Commissioner of Social Security**  )
17 **of the United States of America,**  )
                               )
18         **Defendant.**       )
                               )
19 _____ )

20
         IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the
21
   Plaintiff's time to file his summary judgment is hereby extended from November 14, 2011, to January
22
   13, 2012.  This is plaintiff's first request and the lengthy extension is required due to Plaintiff's
23
   counsel's impacted briefing schedule and the upcoming holidays.
24

25
   / / / /
26
   / / / /
27
   / / / /
28

                                          1

1   Dated: November 14, 2011                    */s/Bess M. Brewer*
                                                BESS M. BREWER
2                                               Attorney at Law

3                                               Attorney for Plaintiff

4

5
    Dated: November 14, 2011                    Benjamin B. Wagner
6
                                                United States Attorney
7
                                                Donna L. Calvert
8                                               Acting Regional Chief Counsel, Region IX
                                                Social Security Administration
9
                                                /s/ *Theophous Reagans*
10                                              THEOPHOUS REAGANS

11                                              Special Assistant United States Attorney
                                                Attorneys for Defendant
12

13                                        **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED:  November 22, 2011.

16                                          _____
                                            EDMUND F. BRENNAN
17                                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

                                        2