BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT GRAYSON**<br>**xxx-xx-3741**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV -11-1656 EFB<br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from November 14, 2011, to January 13, 2012. This is plaintiff's first request and the lengthy extension is required due to Plaintiff's counsel's impacted briefing schedule and the upcoming holidays.

////

////

////

1

| | |
|---|---|
| Dated: November 14, 2011 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: November 14, 2011 | Benjamin B. Wagner <br> United States Attorney <br><br> Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration <br><br> /s/ *Theophous Reagans* <br> THEOPHOUS REAGANS <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 22, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2