1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT GRAYSON**<br>**xxx-xx-3741**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No.  CIV -11-1656 EFB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from January 13, 2012, to January 24, 2012. This short additional extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: January 13, 2012 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: January 17, 2012 | Benjamin B. Wagner <br> United States Attorney |
| | Donna L. Calvert <br> Acting Regional Chief Counsel, Region IX <br> Social Security Administration |
| | /s/ *Theophous Reagans* <br> THEOPHOUS REAGANS <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

**ORDER**

Given the length of time since the administrative transcript was filed, the court is not inclined to grant plaintiff's counsel further extensions of time to file plaintiff's motion for summary judgment and/or remand.

APPROVED AND SO ORDERED.

DATED: January 19, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2