BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HERBERT GRAYSON**<br>**xxx-xx-3741**<br><br><br><br>**Plaintiff,**<br><br>**v.**<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | **Case No.  CIV -11-1656 EFB**<br><br><br>**STIPULATION AND**<br>**ORDER EXTENDING PLAINTIFF'S**<br>**TIME TO FILE SUMMARY**<br>**JUDGMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from January 13, 2012, to January 24, 2012. This short additional extension is required due to Plaintiff's counsel's extremely crowded briefing schedule.

/ / / /

/ / / /

/ / / /

1

1     Dated: January 13, 2012           */s/Bess M. Brewer*
                                       BESS M. BREWER

2                                           Attorney at Law

3                                           Attorney for Plaintiff

4

5     Dated: January 17, 2012           Benjamin B. Wagner

6                                           United States Attorney

7                                           Donna L. Calvert

8                                           Acting Regional Chief Counsel, Region IX
                                          Social Security Administration

9

10                                          */s/ Theophous Reagans*
                                          THEOPHOUS REAGANS

11                                           Special Assistant United States Attorney
                                          Attorneys for Defendant

12

13                                                **ORDER**

14        Given the length of time since the administrative transcript was filed, the court is not inclined

15 to grant plaintiff's counsel further extensions of time to file plaintiff's motion for summary judgment

16 and/or remand.

17        APPROVED AND SO ORDERED.

18 DATED:  January 19, 2012.

19

20                                  EDMUND F. BRENNAN

21                                  UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28